# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DISCOVER GROWTH FUND, LLC,<br><br>                Plaintiff,<br><br>v.<br><br>CLICKSTREAM CORPORATION,<br><br>                Defendant. | 3:22-cv-00427-LRH-CSD<br><br>**ORDER** |

The parties have failed to submit their Stipulated Discovery Plan and Scheduling Order. The parties shall file their Proposed Stipulated Discovery Plan and Scheduling Order in accordance with LR 26-1 on or before **Friday, January 20, 2023.**

**IT IS SO ORDERED.**

DATED: January 4, 2023.

_____
UNITED STATES MAGISTRATE JUDGE